884 F.2d 1383
 RICO Bus.Disp.Guide 7306
 Fiorentino (Rocco J.)
v.
Converse (John D., Kathleen, John T., Maureen), Fargo
(Rick), a/k/a Fargo (Donald), Difazio (Cindy), Ice Systems
of New Jersey, Inc., Food Service Equipment Contractors,
Inc., Rapoport (Frank), Gordon (Alan), Saul, Ewing, Remick & Saul
 NO. 89-1169
 United States Court of Appeals,
Third Circuit.
 AUG 14, 1989
 Appeal From: E.D.Pa., 705 F.Supp. 253
 
 1
 AFFIRMED.